1  Phillip H. Stanfield, Bar #011729
   Clarice A. Spicker, Bar #029964
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona  85004
   Telephone:  (602) 263-1700
4  Fax:  (602) 200-7877
   pstanfield@jshfirm.com
5  cspicker@jshfirm.com

6  Attorneys for Defendants Western Express,
   Inc. and George Lee Ley
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF ARIZONA**

| | |
|---|---|
| FRANK CELAYA, an individual, | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| GEORGE LEE LEY and JANE DOE LEY, husband and wife; WESTERN EXPRESS, INC., a Tennessee corporation; ABC CORPORATIONS I-X; BLACK AND WHITE PARTNERSHIPS I-X; JOHN and JANE DOES I-X; and JACK and JILL DOES I-X, | |
| Defendants. | |

Defendants Western Express, Inc., and George Lee Ley, by and through undersigned counsel, file this Notice of Removal of an Arizona State Court action against it to the United States District Court for the District of Arizona and states as follows:

1. On or about September 28, 2017, an action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the caption *Frank Celaya v. George Lee Ley and Jane Doe Ley, Western Express, Inc., et al.,* Case No. CV2017-054669. Plaintiff's counsel served Defendant Western Express, Inc., via personal service upon Western Express, Inc.'s statutory agent, National Registered Agents, on September 29, 2017. Defendant George Lee Lay was

6246196.1

1  served via certified mail.

2        2.     Copies of pleadings so far filed in the State Court action are attached
3  hereto as Exhibit A.

4        3.     Defendant Western Express, Inc., is a Tennessee corporation with its
5  principal place of business in Tennessee. Defendant Ley is a resident of Texas. Upon
6  information and belief, Plaintiff is a citizen of Maricopa County, Arizona, according to the
7  Complaint.

8        4.     Plaintiff claims personal injuries as a result of Defendants' alleged
9  liability. Defendants are of the belief that Plaintiff's injuries exceed the sum of $75,000.

10       5.     This Court has original jurisdiction over the civil action pursuant to
11 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000
12 exclusive of interest and costs, and the action is between citizens of different states.
13 Therefore this action may be removed to this Court pursuant to the provisions of 28
14 U.S.C. § 1441, et seq.

15       6.     Written notice of the filing of this Notice of Removal will be given to
16 all adverse parties as required by law and a true and correct copy of this Notice will be
17 filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of
18 Maricopa.

19       7.     A Notice of Filing Notice of Removal with the Clerk of the Yuma
20 County Superior Court and a copy of the same is attached as Exhibit B.

21
22
23
24
25
26
27
28

6246196.1                                             2

DATED this 26th day of October 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By: */s/ Clarice A. Spicker*
Phillip H. Stanfield
Clarice A. Spicker
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Western Express, Inc. and George Lee Ley

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Becky Finnell

6246196.1

3