# EXHIBIT A

9.29
1:10
JB

1   Andrew R. Alex #003646
    Trysta M. Puntenney #029504
2   **ALEX & SAAVEDRA, P.C.**
    1717 East Bell Road, Suite One
3   Phoenix, Arizona 85022-6200
    Telephone: (602) 971-1775
4   Facsimile:  (602) 867-7833
    Email: andrew@asinjurylaw.com
5   Email: trysta@asinjurylaw.com

6   Attorneys for Plaintiff Frank Celaya

7         IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF MARICOPA

9

10  FRANK CELAYA, an individual,

11                  Plaintiff,          Case No.   CV 2017 - 054669

12        v.
                                        **SUMMONS**
13  GEORGE LEE LEY and JANE DOE LEY,
14  husband and wife; WESTERN EXPRESS,      like legal advice from a lawyer,
    INC., a Tennessee corporation; ABC      the Lawyer Referral Service at
15  CORPORATIONS I-X; BLACK AND WHITE             602-257-4434
    PARTNERSHIPS AND/OR SOLE                         or
16  PROPRIETORSHIPS I-X, JOHN and JANE       www.maricopalawyers.org
    DOES I-X; and JACK AND JILL DOES I-X,         Sponsored by the
17                                       Maricopa County Bar Association
18                  Defendants.

19  TO:  ( **WESTERN EXPRESS, INC.** )
20       **NATIONAL REGISTERED AGENTS, INC., Statutory Agent**
         **2390 E. CAMELBACK RD.**
21       **PHOENIX, AZ 85016**

22

23        YOU ARE HEREBY SUMMONED and required to appear and defend, within the

24  time applicable, in this action in this Court. If served within Arizona, you shall appear and

25  defend within 20 days after the service of the Summons and Complaint upon you, exclusive

26  of the day of service.  If served out of the State of Arizona, whether by direct service, by

27  registered or certified mail, or by publication, you shall appear and defend within 30 days

28  after the service of the Summons and Complaint on you is complete, exclusive of the day

                                      -1-

1 | of service. Where process is served upon the Arizona Director of Insurance as an insurer's
2 | attorney to receive service of legal process against it in this State, the insurer shall not be
3 | required to appear, answer or plead until expiration of 40 days after the date of such service
4 | upon the Director.  Service by publication is complete 30 days after the date of first
5 | publication.  Direct service is complete when made.  Service upon the Arizona Motor
6 | Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and
7 | return receipt of Officer's receipt.  A.R.C.P. §20-222, §28-502 and §28-503.

8 |    YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
9 | within the time applicable, judgment by default may be rendered against you for the relief
10 | demanded in the Complaint.

11 |    YOU ARE CAUTIONED that in order to appear and defend you must file an
12 | Answer or proper response in writing with the Clerk of this Court, accompanied by the
13 | necessary filing fee, within the time required.  You are required to serve a copy of any
14 | Answer or response upon Plaintiff's attorney.  Rule 5 and Rule 10(d), Arizona Rules of
15 | Civil Procedure, A.R.S. §12-311.

16 |    Requests for reasonable accommodation for persons with disabilities must be made
17 | to the division assigned to the case by parties at least 3 judicial days in advance of a
18 | scheduled court proceeding.

19 |

20 |    SIGNED AND SEALED this date: _____.

21 |

22 |

23 |         CLERK OF THE COURT

24 |



25 |

26 |        By_____ *SEP 28 2017*_____

27 |



28 |         MICHAEL K. JEANES, CLERK
         Y. BARRAZA
         DEPUTY CLERK

1  Andrew R. Alex #003646
   Trysta M. Puntenney #029504
2  **ALEX & SAAVEDRA, P.C.**
   1717 East Bell Road, Suite One
3  Phoenix, Arizona 85022-6200
   Telephone: (602) 971-1775
4  Facsimile: (602) 867-7833
   Email: andrew@asinjurylaw.com
5  Email: trysta@asinjurylaw.com



SEP 2 8 2017



MICHAEL K. JEANES, CLERK
Y. BARRAZA
DEPUTY CLERK

6  Attorneys for Plaintiff Frank Celaya

7           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8               IN AND FOR THE COUNTY OF MARICOPA

9

10 FRANK CELAYA, an individual,

11              Plaintiff,                    Case No.
                                             CV 2017-054669
12      v.

13 GEORGE LEE LEY and JANE DOE LEY,          **COMPLAINT**
   husband and wife; WESTERN EXPRESS,
14 INC., a Tennessee corporation; ABC        (Tort- Motor Vehicle)
   CORPORATIONS I-X; BLACK AND WHITE
15 PARTNERSHIPS AND/OR SOLE                  (Jury Trial Requested)
   PROPRIETORSHIPS I-X, JOHN and JANE
16 DOES I-X; and JACK AND JILL DOES I-X,
17

18              Defendants.

19        Plaintiff Frank Celaya, by and through her undersigned counsel, as and for his

20 Complaint against Defendants alleges as follows:

21                      **JURISDICTION AND VENUE**

22      1.  At all times material hereto, Frank Celaya was a resident of the State of Arizona,

23 County of Maricopa.

24      2.  At all times material hereto, Defendant Western Express, Inc. ("Western

25 Express"), was a Tennessee company authorized to and doing business under the laws of

26 the State of Arizona that caused events to occur in Maricopa County, Arizona, out of

27 which these claims arise, such that this Court has jurisdiction over this Defendant.

28      3.  At all times material hereto, Defendant George Lee Ley was a resident of El Paso

1  County, State of Texas, who acted in his individual capacity and on behalf of his marital
2  community, caused an automobile collision to occur in Maricopa County, State of
3  Arizona, out of which these claims arise, such that this Court has jurisdiction over him
4  and Jane Doe Ley.

5      4.  Upon information and belief, Defendant Western Express was the owner of the
6  vehicle Defendant George Ley was operating on February 23, 2017, that caused events to
7  occur in Maricopa County, Arizona, out of which these claims arise, such that this Court
8  has jurisdiction over this Defendant.

9      5.  At all times material hereto, Defendant George Ley was the apparent, ostensible,
10  implied or express agent of, or was employed by, Defendant Western Express and was
11  acting within the course and scope of said employment or agency when the acts
12  complained of herein were committed, such that the aforementioned Defendants are
13  vicariously liable for his misconduct pursuant to the doctrine of *respondeat superior.*

14      6.  The Defendants sued herein as ABC Corporations I-X, is/are the owner(s), agent(s),
15  dba(s), servant(s), wholly owned subsidiary(ies), managing partner(s) and/or corporate
16  parent(s) of the entity that owned the vehicle Defendant George Ley was driving at the
17  time of the subject collision, and/or employ Defendant George Ley who was acting in the
18  scope of his employment at the time of the collision, as such, is/are liable for the actions of
19  said Defendant.  All said fictitious Defendants are believed to be authorized to do business
20  in the State of Arizona.  Plaintiff will request leave of the Court to insert the true names of
21  these unknown Defendants as their identities are learned in the course of discovery.

22      7.  The Defendants sued herein as Black and White Partnerships and/or Sole
23  Proprietorships I-X, is/are the owner(s), agent(s), dba(s), servant(s), wholly owned
24  subsidiary(ies), managing partner(s) and/or corporate parent(s) that owned the vehicle
25  Defendant George Ley was driving at the time of the subject collision, and/or employ
26  Defendant George Ley who was acting in the scope of his employment at the time of the
27  collision, as such, is/are liable for the actions of said Defendant.  All said fictitious
28  Defendants are believed to be authorized to do business in the State of Arizona. Plaintiff

1  will request leave of the Court to insert the true names of these unknown Defendants as
2  their identities are learned in the course of discovery.

3      8.  The Defendants sued herein as John and Jane Does I-X, are agents or employees of
4  Defendant Western Express who, while acting in the course and scope of their
5  agency/employment or in their individual capacities, participated in the acts and omissions
6  out of which these claims arise, or caused or contributed to the damages alleged herein,
7  such that this court has jurisdiction over these fictional Defendants. Plaintiff will request
8  leave of the Court to insert the true names of these unknown Defendants as their identities
9  are learned in the course of discovery.

10     9.  The Defendants sued herein as Jack and Jill Does I-X, is/are the owner(s) or agent(s)
11 of the owners that owned the vehicle Defendant George Ley was driving at the time of the
12 subject collision, and/or employ Defendant George Ley who was acting in the scope of his
13 employment at the time of the collision, as such, is/are liable for the actions of said
14 Defendant. All said fictitious Defendants are believed to have participated in the acts and
15 omissions out of which these claims arise, or caused or contributed to the damages alleged
16 herein, such that this court has jurisdiction over these fictional Defendants. Plaintiff will
17 request leave of the Court to insert the true names of these unknown Defendants as their
18 identities are learned in the course of discovery.

19     10. At all times mentioned herein, each Defendant mentioned herein may have been
20 acting on concert, both as an agent and a principal, for an on behalf of all Defendants, thus
21 making all Defendants jointly and severally liable for the damages alleged herein.

22     11. Venue is proper in this Court.

23
24                          **GENERAL ALLEGATIONS**

25     12. On or about February 23, 2017, at approximately, 10:00 p.m., Plaintiff Frank
26 Celaya was driving a black Nissan Sentra, headed north on 51st Avenue towards
27 Roosevelt Street.

28     13. When Mr. Celaya's vehicle entered the intersection of 51st Avenue and Roosevelt

-3-

1 | Street, Defendant George Ley, headed south on 51st Avenue in a white Freightliner truck

2 | (semi), failed to yield to Mr. Celaya's vehicle while attempting to make a left-hand turn

3 | onto west Roosevelt Street, causing an impact between the two vehicles.

4 |     14. At the time of the collision the weather was clear and the asphalt road was dry.

5 |     15. Defendant George Ley owed a duty to Frank Celaya to drive his vehicle in a

6 | reasonable and prudent manner, to avoid collisions, and to protect others from

7 | unreasonable risks of harm.

8 |     16. Defendant George Ley breached his duties owed to Frank Celaya by failing to

9 | exercise reasonable care, driving inattentively, and failing to yield to Frank Celaya's

10 | vehicle and control the speed of his vehicle to avoid a collision.

11 |     17. A.R.S. § 28-772 is an Arizona Statute enacted for the protection of a class of

12 | persons of which Frank Celaya is a member, which mandates the driver of a vehicle

13 | within an intersection intending to turn to the left shall yield the right-of-way to a vehicle

14 | that is approaching from the opposite direction and that is within the intersection or so

15 | close to the intersection as to constitute an immediate hazard.

16 |     18. A.R.S. § 28-701(A) is an Arizona Statute enacted for the protection of a class of

17 | persons of which Frank Celaya is a member, which prohibits a driver to drive a vehicle

18 | on a highway at a speed greater than is reasonable and prudent under the circumstances,

19 | conditions, and actual and potential hazards then existing.

20 |     19. A.R.S. § 28-701(A) mandates that a driver control the speed of a vehicle as

21 | necessary to avoid colliding with any object, person, vehicle or other conveyance on,

22 | entering or adjacent to the highway in compliance with legal requirements and the duty of

23 | all persons to exercise reasonable care for the protection of others.

24 |     20. Defendant George Ley's failure to yield to Frank Celaya's vehicle, control his

25 | speed, and drive attentively to avoid colliding with Frank Celaya's vehicle constitutes a

26 | violation of A.R.S. § 28-701(A), thereby rendering Defendant George Ley negligent and

27 | *negligent per se*.

28 |     21. But for Defendant George Ley's negligence and/or *negligence per se*, this

1 | collision would not have occurred and Frank Celaya would not have suffered the injuries

2 | and damages alleged in this Complaint.

3 | 22. As a direct and proximate result of Defendant George Ley's negligence and/or

4 | *negligence per se*, Frank Celaya has incurred and will incur in the future physical and

5 | emotional harm, medical expenses, loss of wages, pain, suffering, inconvenience,

6 | aggravation, and other general and special damages in an amount to be proven at trial.

7 | **WHEREFORE**, Frank Celaya requests this Court enter judgment in his favor and

8 | against Defendants as follows:

9 |     1. For Plaintiff's general and special damages in an amount to be proven at

10 |     trial; and,

11 |     2. For such other and further relief as this Court may deem just and proper.

12 |

13 | **RESPECTFULLY SUBMITTED this** $\partial \mathcal{B}$ **day of September, 2017.**

14 |

15 |            ALEX & SAAVEDRA

16 |

.17 |            Trysta M. Puntenney

18 |            1717 E. Bell Road, Ste 1
              Phoenix, AZ 85022
              *Attorneys for Plaintiff*

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |



COPY

SEP **2 8** 2017



MICHAEL K. JEANES, CLERK
Y. BARRAZA
DEPUTY CLERK

1 | Andrew R. Alex #003646
Trysta M. Puntenney #029504
2 | **ALEX & SAAVEDRA, P.C.**
1717 East Bell Road, Suite One
3 | Phoenix, Arizona 85022-6200
Telephone: (602) 971-1775
4 | Facsimile: (602) 867-7833
Email: andrew@asinjurylaw.com
5 | Email: trysta@asinjurylaw.com

6 | Attorneys for Plaintiff Frank Celaya

7 | IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8 | IN AND FOR THE COUNTY OF MARICOPA

9 |

10 | FRANK CELAYA, an individual,

11 | Plaintiff,

Case No.

**CV 2017-054669**

12 | v.

**CERTIFICATE OF COMPULSORY ARBITRATION**

13 | GEORGE LEE LEY and JANE DOE LEY, husband and wife; WESTERN EXPRESS,
14 | INC., a Tennessee corporation; ABC
15 | CORPORATIONS I-X; BLACK AND WHITE PARTNERSHIPS AND/OR SOLE
16 | PROPRIETORSHIPS I-X, JOHN and JANE
17 | DOES I-X; and JACK AND JILL DOES I-X,

18 | Defendants.

19 | The undersigned certifies that the largest award sought by the Plaintiff, including

20 | punitive damages, but excluding interest, attorney's fees, and costs <u>does</u> exceed the limits

21 | set by local rule for compulsory arbitration. This case <u>is not</u> subject to the *Arizona Rules*

22 | *of Civil Procedure* regarding Arbitration.

23 | **RESPECTFULLY SUBMITTED this 28 day of September, 2017.**

24 |

25 | ALEX & SAAVEDRA

26 |

27 | Trysta M. Puntenney
1717 E. Bell Road, Ste 1
Phoenix, AZ 85022
28 | *Attorneys for Plaintiff*

-1-



**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| IAS#: | 64578 |
|---|---|
| Atty#: Celaya/Ley | |



OCT 03 2017

MICHAEL K. JEANES, CLERK
J. LEWIS
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF
## ARIZONA IN AND FOR THE COUNTY OF MARICOPA

FRANK CELAYA,
      Plaintiff(s),

vs.

GEORGE LEE LEY, et al,
      Defendant(s).

Case No. CV2017-054669

AFFIDAVIT OF
SERVICE OF PROCESS

JOSEPH BEACOM, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION

From ALEX & SAAVEDRA, P.C, Trysta M. Puntenney, SBN 029504 on 9/28/2017, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon WESTERN EXPRESS, INC, by service upon its Statutory Agent, NATIONAL REGISTERED AGENTS, INC, at 3800 N. Central Ave, Ste. 460, Phoenix, Arizona 85012, on 9/29/2017 at 1:10 PM, by leaving one set of the above listed documents with Scott Whaley, Clerk, who stated he is authorized to accept.

Joseph Beacom

SUBSCRIBED AND SWORN to me this 29th day of September, 2017.

Notary Public: _____
          Efrain Sotelo
My Commission Expires:  February 3, 2018

| | |
|---|---|
| $16.00 | Service(s) |
| $17.50 | Mileage (min)JB |
| $9.00 | Preparation of Affidavit/Notary |
| $ 42.50 | Total |

EFRAIN SOTELO
County of Maricopa
Notary Public
Commission # 267891
My Commission Expires
February 3, 2018

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to:

George Ley
Jane Doe Ley
11592 S. Spencer Dr.
El Paso, TX 79936

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 3311 7196 2632 04

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7016 3010 0000 8811 6516

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7016 3010 0000 8811 6516

Certified Mail Fee
$ 3.35

Extra Services & Fees (check box, add fee as appropriate)
- ☒ Return Receipt (hardcopy) $ 2.75
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$ .88

Total Postage and Fees
$ $6.98

Postmark Here

Sent To
George Ley Jane Doe Ley

Street and Apt. No., or PO Box No.
11592 S. Spencer Dr.

City, State, ZIP+4®
El Paso, TX 79936

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

CERTIFIED MAIL®

1717 East Bell Road
Suite 1
Phoenix, AZ 85022

7016 3010 0000 8811 6516

UNITED STATES POSTAGE PITNEY BOWES
$ 006.98⁰
02 1P
0001926959 OCT 13 2017
MAILED FROM ZIP CODE 85022

George Ley
Jane Doe Ley
11592 S. Spencer Dr.
El Paso, TX 79936